AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GARY LOUIS CORBRAY,
                Petitioner,

                v.

RON FRAKER,
                Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-3034-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent pursuant to the Order Dismissing Habeas Petition and Entering Judgment in Respondent's Favor entered on August 3, 2009, Ct Rec 23.

August 3, 2009  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Cora Vargas  
*(By) Deputy Clerk*  
Cora Vargas